■ JOHN L. HOBBS, Plaintiff, v EUGENE L. SCORSE et al., Defendants and Third-Party Plaintiffs-Respondents. ED FREDERICO, INC., Third-Party Defendant-Respondent; DI MARCO CONSTRUCTORS CORP., Third-Party Defendant-Appellant.—Motion for reargument, or, in the alternative, for leave to appeal to Court of Appeals denied. Present—Cardamone, J. P., Simons, Dillon, Hancock, Jr. and Denman, JJ.